

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    Julius Johnson v. Neal Verman and Amitha Verman

Appellate case number:    01-22-00154-CV

Trial court case number:    1178514

Trial court:    County Civil Court at Law No. 4 of Harris County

       Appellant Julius Johnson filed in the trial court a statement of inability to afford court costs on March 22, 2022. The statement of inability is prima facie evidence of inability to afford payment of costs. *See* TEX. R. CIV. P. 145. No opposition was filed and no order overruling his claim of inability was signed. *See* TEX. R. APP. P. 20.1(b). Thus, appellant Julius Jones is not required to pay costs in the appellate court. *See id.*

       Accordingly, the Clerk of the Court shall indicate in the Court's file that appellant Julius Jones is not required to pay any costs on appeal.

       It is so ORDERED.

Judge's signature:    /s/ Richard Hightower
       ☑ Acting individually

Date: December 13, 2022